# UNITED STATES BANKRUPTCY COURT

### WESTERN DISTRICT OF WASHINGTON

*SAMUEL J. STEINER*
*Bankruptcy Judge*

_____

*(206) 370-5300*

*United States Courthouse*
*700 Stewart Street, Room 6301*
*Seattle, Washington 98101*

February 3, 2005

Mr. Jack R. Davis
4928 Stanley Keller Rd.
Haltom City, TX 76117

  Re: Bankruptcy Case Number 97-03844

Dear Mr. Davis:

  To date, I still have not received a response to my letter of April 6, 2004.

  On April 22, I wrote a follow-up letter which was returned, and on which the Post Office printed, "Attempted, Not Known."

  This matter has been pending since 1997, and I assume you want it resolved as soon as possible. Accordingly, I would appreciate your advising me at your first opportunity as to when you will be in Seattle for a hearing.

    Very truly yours,

    /s/ Samuel J. Steiner

    SAMUEL J. STEINER
    Bankruptcy Judge

SJS/rb