# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON

*SAMUEL J. STEINER*
*Bankruptcy Judge*

_____

*United States Courthouse*
*700 Stewart Street, Room 6301*
*Seattle, Washington 98101*

*(206) 370-5300*

January 3, 2007

Mr. Jack R. Davis
4928 Stanley Keller Rd.
Haltom City, TX 76117

  Re:  Bankruptcy Case Number 97-03844

Dear Mr. Davis:

  On December 28, my Chambers received a telephone call from a woman who identified herself as Emily and as your wife, and who requested that the funds in the Registry of the Court be forwarded to her.

  For your information, I am enclosing a copy of my letter to you of April 6, 2004. I am also enclosing a copy of a letter I wrote on February 3, 2005, which was returned by the Post Office. The envelope stated "Return to Sender Attempted – Not Known Unable to Forward."

  In short, I will not authorize the disbursement of the funds based on paper work and/or a telephone call. As I indicated, a hearing in Seattle is necessary at which you should produce at least two witnesses who can testify that you are the Jack R. Davis who filed the bankruptcy case in 1997.

  Incidentally, after five years, unclaimed funds in the Court's Registry are transferred to the United States Treasury. It is my understanding that after such a transfer, the funds would still be available. However, I have no idea what you would have to go through with the Treasury. Accordingly, you should see to this at your first convenience.

        Very truly yours,

        *[signature]*

        SAMUEL J. STEINER
        Bankruptcy Judge

SJS/rb
Encls.