# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

SAMUEL J. STEINER
Bankruptcy Judge

700 Stewart Street

Seattle, Washington 98101

Tel. 370-5300

August 31, 2007

Mr. Jack R. Davis
4928 Stanley Keller Road
Halton City, Texas 76117

Re: Chapter 7 No. 97-03844

Dear Mr. Davis:

This letter confirms that if you seek to be excused from appearing personally before this Court for the hearing on any matter in your above-referenced chapter 7 case because of your medical condition, Judge Steiner requires that you do the following. You must obtain and file with the Court an original sworn declaration or affidavit of your physician in which he or she states (1) the specific nature of your illness or medical condition, and (2) why you are unable to travel to the State of Washington to appear before this Court.

Sincerely,

**LYNNE BROWN ELLIS**
Lynne Brown Ellis
Law Clerk