Faye (Fang) S. David, MD
5801 Oakbend Trail, Suite 175
Fort Worth, TX 76132
Tel: 817-346-4327
Fax: 817-346-4436

09/15/2007



Sanuel J. Steiner, JD
Bankruptcy Judge
United States Bankruptcy Court
Western District Of Washington
700 Stewart Street, Room 6301
Seattle, Washington 98101

97-03844

**Dear Judge Samuel Steiner,**

I am writing to you in regard of Mr. Jack Davis. I am his primary care physician. It is my advise that Mr. Davis should not travel to Seattle secondary to his severe chronic depression and anxiety, which sometimes to the degree of suicidal, and it is unsafe to take him out of his current living environment. I ask you to excuse him from appearing personally before your court for the hearing on his case.

**Mr. Jack Davis**
905 Throckmorton
Ft Worth, TX 76102
DOB 7/6/1935
Phone: 682-553-4060

**Current Medical Problems:**
1) HEARING LOSS (ICD-389.9)
2) ALLERGIC RHINITIS (ICD-477.9)
3) ANXIETY (ICD-300.00)
4) DEPRESSION (ICD-311)

**Current Medications:**
1) TRAZODONE HCL 100 MG TABS (TRAZODONE HCL) 1 by mouth nightly at bedtime
2) PROZAC 20 MG CAPS (FLUOXETINE HCL) 1 by mouth every day

Thank you for taking his affair into consideration, please contact me if you have any further questions or need additional information.

Sincerely,

Faye (Fang) David

**Faye (Fang) S. David, MD**
Internal Medicine/Primary Care
5801 Oakbend Trail, Suite 175
Fort Worth, TX 76132

$00.41
SEP 25 2007
MAILED FROM ZIPCODE 75243

97084

Samuel J. Steiner SD
United States Bankruptcy Ct.
Western District of Washington
700 Stewart, Room 6301
Seattle, Washington 98101

98101131271 C0049