# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON

*SAMUEL J. STEINER*  
Bankruptcy Judge

_____

*United States Courthouse*  
*700 Stewart Street, Room 6301*  
*Seattle, Washington 98101*

*(206) 370-5300*

November 5, 2007

Mr. Jack R. Davis  
4928 Stanley Keller Rd.  
Haltom City, TX 76117

    Re: Bankruptcy Case Number 97-03844

Dear Mr. Davis:

    The purpose of this letter is to tell you what steps have to be taken to resolve the pending problem and to lay out your and my responsibilities.

    First, I have the responsibility to make sure that you are the Jack Davis who filed the bankruptcy case in the Bankruptcy Court for the Western District of Washington in 1997. I am sure you understand that no one wants the money disbursed to an imposter.

    Second, I have the responsibility of making sure that you are legally competent. From what has occurred in this matter, I have serious concerns.

    Third, there will be a Court hearing at which you must appear and testify. In light of your physician's recommendation that you not travel to Seattle, we will attempt to arrange for your appearance at the hearing by video-conference. In that case, you could appear in the Bankruptcy Court in Dallas or Fort Worth. If we are unable to set up a tele-conference hearing, you will have to travel to Seattle for the hearing.

    Fourth, at the hearing you have the responsibility of producing two independent and objective witnesses who are from the Seattle area. They must appear at the hearing in our Court, at which you may appear by video, and testify that you are the Jack Davis who was the debtor in the bankruptcy case. Neither witness may be related to you by blood or marriage. I suggest that one of the witnesses be Dan Forsch, who was the trustee in your case. The other witness might be the last attorney in Seattle who represented you in the case. We may be able to help you with this.

Mr. Jack R. Davis
November 5, 2007
Page Two

      I expect a prompt response to this letter. I want the response to be from you or your attorney, not your wife. If you desire to communicate by telephone, your call should be directed to my Law Clerk, Lynne Ellis, at the number indicated on this letterhead.

                          Very truly yours,

                          SAMUEL J. STEINER
                          Bankruptcy Judge

SJS/rb
Encl.