FILED

2010 JUL -1 PM 3: 20

M.L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEP CLK

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Chapter 7 Bankruptcy |
| Jack R Davis | No. 97-03844-SJS |
| Debtor(s) | NOTICE OF APPEARANCE |

TO: All Parties and Counsel

AND TO: The Clerk of the Court

BE IT KNOWN TO ALL THAT IN PACTA PLLC, through JAMES VASQUEZ, is entering an appearance in the above-entitled action on behalf of Dilks and Knopik, LLC, limited attorney-in-fact for Jack R. Davis, Debtor. With this appearance, the undersigned attorney specifically reserve all rights and demand that all future correspondence, notices and court filings be directed to James Vasquez at the address provided below right.

IN PACTA PLLC

James Vasquez, WSBA#34514

NOTICE OF APPEARANCE          Page 1 of 1

IN PACTA PLLC
801 2nd Ave Suite 307
Seattle, Washington 98104
(206) 709-8281
(206) 860-0178 (fax)