UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

FILED
2010 JUL -1 PM 3: 21

M. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEP CLK

In re

Jack R Davis

Debtor(s).

Case Number: 97-03844-SJS

Petition for Payment
Of Unclaimed Funds

1. I am petitioning to receive the total amount of $334,622.29, which amount was paid into the Court on February 12, 2001 by the case trustee as unclaimed funds on behalf of the following creditor/debtor:

> Jack R. Davis
> 4928 Stanley Keller Rd.
> Haltom City, TX 76117
> Last four digits of SS# or Tax: 8187

2. I believe I am entitled to receive the requested funds based upon the following [check the statement(s) that apply]:

 ___ a. I am the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents, including a current driver's license and social security card (if an individual).

 X b. I am the attorney-in-fact for the creditor/debtor named in paragraph 1, with authority to receive such funds and am authorized by the attached notarized, original Power of Attorney to file this application on the behalf of creditor/debtor.

 ___ c. I am the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the assignee's or successor-in-interest's representative, as evidenced by the attached documents establishing chain of ownership and/or assignment.

 ___ d. I am a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1, as demonstrated by the attached documentation, including, if applicable, the corporate seal.

 ___ e. I am the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents which substantiate my right to act on behalf of the decedent's estate.

 ___ f. Subparagraphs (a) through (e) above do not apply. As evidenced by the attached documents, I am entitled to such monies because:

_____
_____
_____

3. I have no knowledge that any other party may be entitled to these funds and I am not aware of any dispute regarding these funds.

4. Pursuant to 28 U.S.C. § 2042, on June 28, 2010, I mailed a copy of this completed application (with all supporting documentation) to: U.S. Attorney, 700 Stewart Street, Ste 5200, Seattle, WA 98101-1271.

I understand that, pursuant to 18 U.S.C. § 152, I may be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or the accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

**I declare (or certify, or verify, or state) under the penalty of perjury under the laws of the United States of America, that the foregoing statements and information are true and correct.**

Dated June 28, 2010

Petitioner's Signature  
Petitioner's Name: Brian J. Dilks, Managing Member  
Dilks & Knopik, LLC  
Address: PO Box 2728  
Issaquah, WA 98027  
Telephone number: 425-836-5728

NOTARY:

On this day, 10/28/10, I certify that I know or have satisfactory evidence that Brian J. Dilks is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.



Notary Public  
My commission expires July 29, 2010  
Residing at King County, WA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

RE: Jack R Davis

Debtor(s)

Case: 97-03844-SJS

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**LIMITED TO ONE TRANSACTION**

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Jack R. Davis** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$334,622.29** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. Government agency will make check payable to Jack R Davis PO Box 2728, Issaquah, WA 98027.

5. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original. This Authority to Act expires 190 days from the date that it is signed.

_____
Jack R. Davis

Date: June 23, 2010

Tax ID: XXX-XX-8187

## ACKNOWLEDGMENT

STATE OF Texas )        COUNTY OF Tarrant )

On this 23 day of June, 2010, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Jack R Davis known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC Melba Garcia
Residing at Bank of America
My Commission expires 9-23-12

MELBA GARCIA
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-23-12