# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

SAMUEL J. STEINER
Bankruptcy Judge

(206) 370-5300

United States Courthouse
700 Stewart Street, Room 6301
Seattle, Washington 98101

August 4, 2010

Mr. James Vasquez
In Pacta PLLC
801 Second Ave., Suite 307
Seattle, WA 98104

Re: Jack R. Davis
Bankruptcy Case No. 97-03844

Dear Mr. Vasquez:

Please excuse the delay in my responding to your letter of July 15th.

If Davis is located near a population center that has a Bankruptcy Court, or a Federal Court for that matter, we should be able to set up a video conference. Please let me know.

There are three additional matters that come to mind. First, is Davis legally competent? Second, I would like to have Beckett present at the conference to make an additional identification. And third, shouldn't some one notify the United States Attorney as to what is going on?

Very truly yours,

SAMUEL J. STEINER
Bankruptcy Judge