# In Pacta
Lawyers
a professional limited liability company

From the desk of:
James Vasquez
jv@inpacta.com

The Norton Building
801 2nd Ave., Ste 307
Seattle WA 98104

Ph:   206-709-8281
Fax:  206-860-0178

August 16, 2010

Honorable Judge Steiner
U.S. Bankruptcy Court
700 Stewart Street, Room 6301
Seattle, Washington 98101

Re: Jack R. Davis
    Unclaimed Funds Application
    Bankruptcy Case No. 97-03844

Dear Judge Steiner:

Please excuse my delay in responding to your letter of August 4th, 2010.

I understand that Mr. Davis is living near the Northern District of Texas, Fort Worth Division, so he can attend a hearing at that location.

In an effort to coordinate the necessary parties to appear before you or via video conference, please provide me with a list of available dates for the hearing. In this way, I can insure that both Mr. Davis, and Mr. Beckett are available.

I have also contacted the U.S. Attorney's Office with regard to this matter, and will be providing timely notice of any hearing.

Lastly, as far as I am aware, Mr. Davis is competent to testify.

Thank you for your attention to this matter.

Sincerely,
In Pacta PLLC

/s/James Vasquez

James Vasquez
Attorney at Law

Cc: client