HONORABLE SAMUEL J. STEINER

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

In Re:

Jack R. Davis,

    Debtor/Petitioner

Case No. 97-03844- SJS

ORDER GRANTING
PETITION FOR UNCLAIMED FUNDS

This matter having come before this court on Petitioner for Payment of Unclaimed Funds filed by Dilks and Knopik LLC, attorney-in-fact, for Mr. Jack R. Davis, this court having reviewed the documents on file with this court, the testimony of Jack R. Davis, Guy W. Beckett, and Dan Forsch, Ch.11 Trustee (retired), and pursuant to applicable statute, and no objection by the U.S. Attorney, does here find that Mr. Jack R.Davis is entitled to and this court does hereby grant the relief requested in the petition, namely payment of unclaimed funds in the amount of $334,622.29 presently being held by United States Treasury.

IT HEREBY ORDERED that

(1) The relief requested in the petition filed on July 1st, 2010 is GRANTED;

(2) The Clerk of the Court is directed to immediately submit form 224 Accounting

Order on Petition for Unclaimed Funds     Page 1 of 2

IN PACTA PLLC
801 2nd Ave Suite 307
Seattle, Washington 98104
(206) 709-8281
(206) 860-0178 (fax)

Form with any supporting documentation as required to the U.S. Treasury requesting a reversal of the unclaimed funds to the court registry;

(3) Upon receipt of the funds from the U.S. Treasury, the Clerk of the Court is hereby ordered to immediately make payment of the funds in the amount of $334,622.29 to Jack R. Davis c/o Dilks & Knopik LLC at PO Box 2728, Issaquah, Washington 98207;

(4) The Clerk of the Court is further directed to take additional steps as necessary to effect the relief herein granted.

Dated this ___ day of _____, 2010

*/signature/*

United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:
IN PACTA PLLC

/s/ James Vasquez
James Vasquez, WSBA#34514
Attorney for Dilks & Knopik LLC
Attorney-in-fact for Jack R. Davis, Petitioner

Agreed as to form, Notice of presentation waived:

U.S. Department of Justice
United States Attorney's Office

*/signature/*

Robert P. Brouillard, WSBA#
Assistant United States Attorney
Western District of Washington

Order on Petition for Unclaimed Page 2 of 2
Funds

IN PACTA PLLC
801 2nd Ave Suite 307
Seattle, Washington 98104
(206) 709-8281
(206) 860-0178 (fax)